# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

In the Matter of the Search of
*THE PREMISES LOCATED AT 83 SKYVIEW LANE, FRANKLIN, NORTH CAROLINA, 28734 AND ANY VEHICLES, OUTBUILDINGS, APPURTENANCES, AND CURTILAGE ASSOCIATED WITH THE PROPERTY*

Case No.: 1:22-mj-47-2

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of North Carolina *(identify the person or describe the property to be searched and give its location)*:
See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before 8/4/2022 *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to The Hon. W. Carleton Metcalf.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of enter date.

Signed: July 21, 2022

W. Carleton Metcalf
United States Magistrate Judge

Date and time issued: 7/21/2022 4:08 PM

City and state: Asheville, North Carolina

The Hon. W. Carleton Metcalf, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: enter date 8/1/22 1015 | Copy of warrant and inventory left with: Brent Higgins |

Inventory made in the presence of : SA Kevin Allred

Inventory of the property taken and name of any person(s) seized:

See Attached.

FILED
Charlotte
Aug 04 2022
U.S. District Court
Western District of N.C.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/2/22 enter date

*Executing officer's signature*

Special Agent Kevin Allred

*Printed name and title*

## ATF Evidence Log

| Seizure Date: | 8/1/2022 | Case # | 763056-22-0039 |
|---|---|---|---|
| Address: | | Time on site: | |
| Location/Person Name: | | | |
| Other: | RESIDENCE | | |

| Case Title: | Brent Huggins (Dealing without a license) |
|---|---|
| Team Leader: | Allred |
| Evidence Tech: | |
| Photographer: | |

NCIC Case Code:

| Location | Nforce # | Type | Description | | Caliber / Serial # | | NIBIN: |
|---|---|---|---|---|---|---|---|
| LR | 23 | R | Make/Model | GLENFIELD (MARLINE FC) | Caliber | 22 | Y |
| | | | Importer/Value | → MODEL 60 | Serial # | 22544952 | |
| LR | 24 | R | Make/Model: | RUGER / MOD 10/22 | Caliber | 22 | Y |
| | | | Importer/Value | | Serial # | 24957366 | |
| LR | 25 | R | Make/Model: | ~~STEVT~~ SAVAGE ARMS / MODEL STEVENS 15-B | Caliber | 22 | N |
| | | | Importer/Value | | Serial # | NONE | |
| LR | 26 | R | Make/Model: | SAVAGE / MK II 22LR | Caliber | 22 | N |
| | | | Importer/Value | | Serial # | 2114972 | |
| LR | 27 | R | Make/Model: | WINCHESTER / MOD 94 | Caliber | 3030 | |
| | | | Importer/Value | | Serial # | NONE | |

| Location | Nforce # | Type | Description | | | | NIBIN |
|---|---|---|---|---|---|---|---|
| LR | 28 | R | Make/Model: | REMINGTON / TARGETMASTER MOD 510 | Caliber | 22 | ✓ |
| | | | Importer/Value | | Serial # | NONE | |
| Location | Nforce # | Type | Description | | | | NIBIN |
| LR | 29 | R | Make/Model: | MARLIN / MOD 336 | Caliber | 3030 | ✓ |
| | | | Importer/Value | | Serial # | NONE | |
| Location | Nforce # | Type | Description | | | | NIBIN |
| LR | 30 | S | Make/Model: | DIAMOND ARMS CO / NO MOD NUMBER | Caliber | 12 GA | ✓ |
| | | | Importer/Value | | Serial # | NONE | |
| Location | Nforce # | Type | Description | | | | NIBIN |
| LR | 31 | S | Make/Model: | DAVENPORT FIREARMS CO / NMN | Caliber | 12 GA | ✓ |
| | | | Importer/Value | 19282 -> TRIGGER GUARD | Serial # | NONE | |
| Location | Nforce # | Type | Description | | | | NIBIN |
| LR | 32 | S | Make/Model: | NEF / MOD PARDNER SBI | Caliber | 12GA | ✓ |
| | | | Importer/Value | | Serial # | NJ293485 | |
| Location | Nforce # | Type | Description | | | | NIBIN |
| LR | 33 | R | Make/Model: | WINCHESTER / MOD 150 | Caliber | 22 | ✓ |
| | | | Importer/Value | | Serial # | B1212103 | |
| Location | Nforce # | Type | Description | | | | NIBIN |
| LR | 34 | R | Make/Model: | JC HIGGINS, MOD 31 | Caliber | 22 | Y |
| | | | Importer/Value | LOADED | Serial # | NONE | |

Manufact? Mod

Mod

✓

✓

Mod 2

| Location | Nforce # | Type | Description | | | | NIBIN |
|---|---|---|---|---|---|---|---|
| LR | 35 | S | Make/Model: | HARRINGTON & RICHARDSON ARMS CO/ | Caliber | 12 GA | N |
| | | | Importer/Value | INTERARMS (ALEXANDRIA, VA) | Serial # | ~~172309~~ 172307 | |
| LR | 36 | S | Make/Model: | HARRINGTON & RICHARDSON MOD 88 | Caliber | 20 GA | N |
| | | | Importer/Value | | Serial # | AZ438937 | |
| LR | 37 | R | Make/Model: | MARLIN FIREARMS CO/ GLENFIELD MOD 75 | Caliber | 22 | Y |
| | | | Importer/Value | | Serial # | 26320952 | |
| LR | 38 | R | Make/Model: | NEF/MOD 551 SPORTSTER | Caliber | 22 | N |
| | | | Importer/Value | | Serial # | NP241117 | |
| LR | 39 | S | Make/Model: | STEVENS/MOD 94 | Caliber | 20 GA | N |
| | | | Importer/Value | | Serial # | C346386 | |
| LR | 40 | R | Make/Model: | MARLIN/MOD 60 | Caliber | 22 | Y |
| | | | Importer/Value | SN# XXX 3789 | Serial # | PARTIALLY OBLIT | |
| LR | 41 | R | Make/Model: | MARLIN FIREARMS CO/MOD 10 | Caliber | 22 | N |
| | | | Importer/Value | | Serial # | NONE | |

Mod?

| Location | Nforce # | Type | Make/Model | Importer/Value | Caliber | Serial # | NIBIN |
|---|---|---|---|---|---|---|---|
| LR | 42 | S | ~~SAVA~~ SPRINGFIELD MADE BY SAVAGE / NMN | | 12 GA | NONE | N |
| LR | 43 | R | MARLIN / MOD 995 | | 22 | 18386221 | Y |
| LR | 44 | S | MOSSBERG / MOD 695 | | 12 GA | M003135 | N |
| LR | 45 | S | ~~STEVENS~~ STEVENS MOD 320 / SUN CITY MACHINERY CO | 4 IMP BY SAVAGE ARMS | ~~12~~ 20 GA | 21694GA | N |
| LR | 46 | R | SAVAGE / MK II | | 22 | 2426772 | N |
| LR | 47 | R | HENRY REPEATING ARMS CO / NMN | | 22 | NONE | N |
| ~~KITCHEN~~ DR | 48 | R | WINCHESTER / MOD 1904 | | 22 | NONE | N |

Mod?

| Location | Nforce # | Type | Description: Make/Model | Description: Importer/Value | Caliber | Serial # | NIBIN |
|---|---|---|---|---|---|---|---|
| LR | 49 | AMMO | 2 BOXES MISC AMMO | | | | |
| BACK BR | 50 | AMMO | 1 BOX | | | | |
| ~~KITCHEN~~ DR | 51 | PLK | GUN PLK | | | | |
| DR ~~KITCHEN~~ | 52 | AMMO | MISC AMMO | | | | |
| LR | 53 | MARIJUANA | WEED | | | | |
| | | | | | | | |
| | | | | | | | |